Case 1:18-cv-02714-AJN-BCM   Document 71   Filed 06/10/20   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SMARTER TOOLS INC.,

        Plaintiff,

-against-

CHONGQING SENCI IMPORT & EXPORT TRADE CO., LTD., et al.,

        Defendants.

18-CV-2714 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument scheduled in this case for **June 12, 2020, at 12:00 p.m.** will be conducted remotely via Skype for Business. Chambers has emailed the required link to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **(917) 933-2166** and entering the code **170248945**.[1] Nonparties must observe the same decorum as would be expected at an in-person sentencing, and must mute their telephone lines throughout the proceeding.

Dated: New York, New York
       June 10, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] If the Court experiences technical difficulties with Skype for Business and is required to transition to its AT&T teleconference line, a publicly accessible audio line will be available to nonparties by dialing (888) 557-8511 and entering the code 7746387.