UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SMARTER TOOLS INC.,

        Plaintiff,

-against-

CHONGQING SENCI IMPORT & EXPORT TRADE CO., LTD., et al.,

        Defendants.

18-CV-2714 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during this afternoon's oral argument, petitioner's motion to compel nonparties American Arbitration Association and James M. Rhodes to produce documents in response to the subpoenas served upon them (Dkt. No. 62) is DENIED.

Dated: New York, New York
       June 12, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**