# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Smarter Tools Inc.,

                      Plaintiff,                      18 **CIVIL** 2714 (AJN)

      -against-                      **JUDGMENT**

Chongqing Senci Import & Export Trade Co., Ltd.,
*et al.*,

                    Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2021, the Court grants SENCI's petition to confirm the arbitration award (Dkt. No. 76) and Denies STI's cross-petition to vacate the award (Dkt. No. 77). All other motions ae denied as moot; accordingly, the case is closed**.**

**Dated**: New York, New York
          February 26, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                     **Clerk of Court**
                                       **BY:** _____
                                                        **Deputy Clerk**