**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-three,

Before:   Rosemary S. Pooler,
          Richard C. Wesley,
          Myrna Pérez,
                *Circuit Judges*.

_____

Smarter Tools Inc.,

      Plaintiff - Appellant,

v.

Chongqing Senci Import & Export Trade Co., Ltd.,
Chongqing AM Pride Power & Machinery Co. Ltd.,

      Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 21-724

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 07 2023

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/07/2023